```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
             CASE NO. 05-14090-CR-MARTINEZ/LYNCH
```

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JAMES P. HOLLIS,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on February 15,2007.  A Report and Recommendation was filed on February 16,2007, recommending that the Defendant's plea of guilty be accepted.  The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count One and Count Nine of the Indictment in this case. Count One charges the Defendant and co-defendants devised and intended to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 371.

For the purposes of executing the scheme, in Count Nine, the defendant and co-defendants Bogdan, Brant and Gary St. Laurent did knowingly cause interest payments of $250 and $250 via USPS to investors "PS and DS" relating to investments of $30,000 and $30,000 knowing that the payments were not from earnings on the original investments but from new investor funds, all in violation of Title 18, United States Code, Sections 1341 and 2. The government agrees to seek dismissal of Counts Four, Five, Six and Eight of the Indictment, as to this Defendant, after sentencing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of March, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
       All Counsel Of Record
       U.S. Probation